```
               IN THE DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
                  CHARLESTON DIVISION
```

**CASE NO. 2:11-CV-2710-WOB**

**GRAYSON CONSULTING, INC.**                                   **APPELLANT**

**VS.**                          **O R D E R**

**WACHOVIA SECURITIES, LLC, ET AL.**                           **APPELLEES**

Plaintiff-Appellant Grayson Consulting, Inc. appeals from several of the bankruptcy court's orders in this matter. (*See* Doc. 1, Notice of Appeal). The Court heard oral argument on this appeal on April 13, 2012.

After carefully considering the parties' arguments, as well as reviewing the relevant orders of the bankruptcy court, and being otherwise sufficiently advised, the Court finds no error. Therefore,

**IT IS ORDERED** that the bankruptcy court's orders be, and are hereby, **AFFIRMED**.

This 17th day of April, 2012.



Signed By:
William O. Bertelsman   WOB
United States District Judge