AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Grayson Consulting Inc<br>*Appellant*<br>v.<br>Wachovia Securities LLC, Wachovia Securities Financial Network LLC, First Clearing LLC<br>*Appellee* | Civil Action No.  2:11-cv-02710-WOB |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the bankruptcy court's orders be, and are hereby, affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable William O. Bertelsman, United States District Judge.

Date:  April 17, 2012                                                 *CLERK OF COURT*

                                                                      s/ Anna Lanahan
                                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*